

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Estate of Charles Edward Long, Deceased

No. 06-23-00025-CV

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2020-0295-E). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JUNE 29, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk